

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00395-CV

**IN THE INTEREST OF C.M.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-13517
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is affirmed. Costs of this appeal are taxed against Appellant Henry Magallanes.

SIGNED May 14, 2014.

_____
Patricia O. Alvarez, Justice